IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

BRANNON WHITE,
*individually and on behalf of all others similarly situated*, LLC,

    Plaintiff,

v.   No. 1:22-cv-00025-KWR-SCY

EOG RESOURCES INC.

    Defendants.

## ORDER GRANTING PLAINTIFF'S MOTION TO AMEND COMPLAINT AND SUBSTITUTE NAMED PLAINTIFF

**THIS MATTER** having come before the Court on Plaintiff's Motion to Amend Complaint and Substitute Named Plaintiff (**Doc. 40**) filed on **October 26, 2022,** and Defendant having filed its Notice of Non-Opposition (**Doc. 43**) on **November 9, 2022,** indicating that it does not oppose Plaintiff's motion,

    **IT IS HEREBY ORDERED** that Plaintiff's Motion to Amend Complaint and Substitute Named Plaintiff (**Doc. 40**) is **GRANTED,** and Plaintiff is **GIVEN LEAVE** to file its Amended Complaint upon entry of this Order.

    **IT IS SO ORDERED.**

                                                  **KEA W. RIGGS**
                                                 **UNITED STATES DISTRICT JUDGE**