**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW MEXICO**

| | |
|---|---|
| JEREME MAY, Individually and on Behalf of All Others Similarly Situated, | Civil Action No. 1:22-cv-00025-KWR-SCY |
| | JURY TRIAL DEMANDED |
| v. | COLLECTIVE ACTION (29 U.S.C. § 216(b)) |
| EOG RESOURCES, INC. | |
| | CLASS ACTION (Fed. R. Civ. P. 23) |

**ORDER GRANTING PLAINTIFF'S MOTION TO WITHDRAW COUNSEL**

Before the Court is Plaintiff's Motion to Withdraw Counsel. For the reasons set forth in the Motion, the Court **FINDS** that good cause exists to remove Ryan W. Steinhart as counsel of record for Plaintiff in this case. The Clerk of the Court is ordered to **CANCEL** all future ECF filing notifications to Ryan Steinhart. Plaintiff **SHALL CONTINUE** to be represented by attorneys from Josephson Dunlap, LLP, and Bruckner Burch PLLC.

**IT IS SO ORDERED.**

**SIGNED ON FEBRUARY 6, 2023.**

_____
**KEA W. RIGGS**
**UNITED STATES DISTRICT JUDGE**