IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

JEROME MAY, individually and on
behalf of all others similarly situated,

    Plaintiff,

v.                                              Case No. 1:22-cv-00025 MLG-SCY

EOG RESOURCES, INC.,

    Defendant.

## FINAL ORDER OF DISMISSAL

THIS MATTER is before the Court upon the parties' Rule 41 Stipulation of Dismissal Without Prejudice (Doc. 60), filed March 10, 2023. Under Fed. R. Civ. P. 41(a)(1)(A), the parties' Stipulation of Dismissal is self-executing. *De Leon v. Marcos*, 659 F.3d 1276, 1283 (10th Cir. 2011). Therefore, final dismissal will be entered pursuant to Fed. R. Civ. P. 58(a).

**IT IS ORDERED** that this civil proceeding is **DISMISSED** without prejudice by stipulation under Fed. R. Civ. P. 41(a)(1)(A)(ii) and this civil case is **CLOSED**.

_____
UNITED STATES DISTRICT JUDGE